# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 16-2443 SVW (AGR) | Date | January 20, 2017 |
|---|---|---|---|
| Title | Pedro Tejeda v. California Institute For Men, et al. | | |

| Present: The Honorable | Stephen V. Wilson, United States District Judge | |
|---|---|---|
| Paul M. Cruz | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      In Chambers:  **PLAINTIFF'S CONTINUED FAILURE TO PAY FILING FEE OR TO FILE IFP REQUEST**

The *pro se*, incarcerated plaintiff's complaint was filed on November 28, 2016. However, he neither paid the filing fee of $400 nor filed a Request to Proceed In Forma Pauperis With Declaration in Support (form CV-60P) ("IFP Request").  Accordingly, on December 1, 2016, the Court directed the Clerk to mail him a CV-60P form; ordered Plaintiff to pay the fee or file an IFP request by December 28, 2016; and warned that if "**Plaintiff fails to submit the fee or the documentation described above by December 28, 2016, his complaint is subject to dismissal.**"  (Dkt. No. 4 (emphasis in original).)

As of December 17, 2017 – nearly three weeks after the deadline – the docket reflects that Plaintiff has neither paid the filing fee nor filed an IFP Request.

Accordingly, this action is DISMISSED without prejudice and file closed.

Plaintiff may submit a complaint accompanied by the filing fee or an IFP Request on the form provided previously.

Initials of Preparer    pmc